No. 97–1585. AGOSTINO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–7024. HARGUS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–7039. SKINNER *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 97–7116. AUSTIN *v.* BELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–7121. CHAPPELL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–7137. JETT *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 97–7252. WISE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–7431. CONCEPCION *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 1st Cir. Certiorari denied.

No. 97–7465. PENA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–7478. BELL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–7492. GREYSON *v.* HAWAII. Sup. Ct. Haw. Certiorari denied.

No. 97–7511. LEFKOWITZ *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–7514. DUMAS *v.* CHICAGO HOUSING AUTHORITY. C. A. 7th Cir. Certiorari denied.

No. 97–7573. MOORE *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 97–7738. ROBERTS *v.* BOB EVANS FARMS, INC. C. A. 6th Cir. Certiorari denied.

No. 97–7842. CLEARY *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.